# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

**ROBERT DAVID ROBINSON**.

    Plaintiff,

v.                                                                              No. 3:13-CV-0009

**ANDERSON COUNTY SCHOOLS** and
**LARRY FOSTER**,

    Defendant.

## STIPULATION OF DISMISSAL

COME the parties by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41 and hereby stipulate that the claims against Defendants Anderson County Schools and Larry Foster should be dismissed with prejudice. The parties represent that this action is not subject to Federal Rule of Civil Procedure 23, 66 or any other applicable federal statute prohibiting its dismissal.

                                                    Respectfully submitted,

                                                    *s/Arthur F. Knight, III*
                                                    Arthur F. Knight, III, BPR#016178
                                                    Taylor & Knight, G.P.
                                                    800 South Gay Street, Suite 600
                                                    Knoxville, TN 37918
                                                    865-971-1701
                                                    Attorney for Defendant

1

*s/Margaret Held*
Margaret Held, BPR#018033
Held Law Firm
1522 Highland Avenue
Knoxville, TN 37916
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2014, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*s/Arthur F. Knight, III*
Arthur F. Knight, III

2